IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SABRE INTERNATIONAL SECURITY,

    Plaintiff/Counterclaim Defendant,

v.

TORRES ADVANCED
ENTERPRISE SOLUTIONS, LLC, *et al.*

    Defendants/Counterclaim Plaintiff.

Civil Action No.: 1:11-cv-806 (RC)

## JOINT MOTION FOR ENTRY OF CONSENT ORDER OF DISMISSAL

Plaintiff Sabre International Security ("Sabre") and Defendants Torres Advanced Enterprise Solutions, LLC, Jerry Torres, Rebekah Dyer, Kathryn Jones and Scott Torres, by counsel, hereby jointly move this Court for entry of the attached Consent Order of Dismissal.

The Defendants have reached a Settlement Agreement with Namir El-Akabi, the stated principal of Sabre, the terms of which require this lawsuit to be dismissed with prejudice, in the manner and terms reflected in the attached Consent Order. Sabre requested Counsel of Record for Plaintiff to file the Joint Motion and Consent Order. Counsel of Record first requested confirmation from Counsel for Defendants that they also requested that this Motion and Consent Order be filed, and after receiving confirmation from Counsel for all Defendants, Counsel of Record for Plaintiff refused to file the Joint Motion and Consent Order, without explanation. *See* Att. 1. Therefore, Mr. Namir El-Akabi and Mr. Sadoon Abdul Hassan Ali, the stated Managing Director of Sabre, have signed this Joint Motion to reflect their request of this Court to enter the attached Consent Order of Dismissal.

The parties respectfully request that the Court grant their Joint Motion and enter the attached Consent Order of Dismissal forthwith.

November 29, 2016                     Respectfully submitted,

                                              */s/ Elaine Charlson Bredehoft*
Elaine Charlson Bredehoft, D.C. Bar 441425
ecb@cbcblaw.com
Peter C. Cohen, D.C. Bar No. 413247
pcohen@cbcblaw.com
CHARLSON BREDEHOFT COHEN
 & BROWN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, VA 20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile
*Counsel for Defendants Torres Advanced
 Enterprise Solutions, LLC and Jerry Torres*

                                              */s/ Patricia E. Bruce*
Patricia E. Bruce, Esq., DC Bar No. 448411
R. Scott Caulkins, Esq., DC Bar No. 369068
CAULKINS & BRUCE, PC
2300 Wilson Blvd., Suite 240
Arlington, VA 22201
Telephone: (202) 420-2200
Facsimile: (703) 525-1331
pbruce@caulkinsbruce.com
scaulkins@caulkinsbruce.com
*Counsel for Defendants Rebekah Dyer,
 Kathryn Jones and Scott Torres*

Sabre International Security:

By: _____
     Saadoun Abdul Hassan Ali
     Managing Director

Sabre International Security:

By: _____
Namir El-Akabi, Principal

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of November, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

        Michael Allan Gordon, Esq.
        MICHAEL A. GORDON, PLLC
        1629 K Street, N.W., Suite 300
        Washington, D.C. 20006
        (202) 508-1464 Telephone
        (202) 349-1701 Facsimile
        Mgordon202@aol.com
        *Counsel for Plaintiff*

        Timothy B. Mills, Esq.
        MAGGS & MCDERMOTT, LLC
        910 17th Street, N.W., Suite 800
        Washington, D.C. 20006
        (202) 457-8090 Telephone
        (202) 478-5081 Facsimile
        timothybmills@aol.com
        *Counsel for Plaintiff*

        Patricia E. Bruce, Esq.
        D.C. Bar No. 448411
        R. Scott Caulkins, Esq.
        D.C. Bar No. 369068
        CAULKINS & BRUCE, PC
        2300 Wilson Blvd., Suite 240
        Arlington, VA 22201
        Telephone: (703) 558-3696
        Facsimile: (703) 525-1331
        pbruce@caulkinsbruce.com
        scaulkins@caulkinsbruce.com
        *Counsel for Defendant Rebekah Dyer*

                                /s/ Elaine Charlson Bredehoft
                                Elaine Charlson Bredehoft