**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SABRE INTERNATIONAL SECURITY, | : | |
| | : | |
| Plaintiff & Counter-Defendant, | : | |
| | : | Civil Action No.:    11-0806 (RC) |
| v. | : | |
| | : | Re Document Nos.:  520, 524, 527, |
| TORRES ADVANCED ENTERPRISE | : | 528, 531 |
| SOLUTIONS, LLC, *et al.*, | : | |
| | : | |
| Defendants & Counter-Claimants. | : | |

**CONSENT ORDER OF DISMISSAL**

GRANTING JOINT MOTION FOR ENTRY OF CONSENT ORDER OF DISMISSAL;
DENYING AS MOOT DEFENDANTS' MOTION TO DEEM REQUESTS FOR ADMISSION AS
ADMITTED; DENYING AS MOOT DEFENDANTS' MOTION TO GRANT AS CONCEDED
DEFENDANTS' MOTION TO DEEM REQUESTS FOR ADMISSION AS ADMITTED; DENYING AS
MOOT NON-PARTY WITHDRAWING SABRE COUNSEL MOTION TO ENFORCE THE SCHEDULING
ORDER; DENYING AS MOOT DEFENDANTS' MOTION TO STRIKE "NON-PARTY WITHDRAWING
SABRE COUNSEL MOTION TO ENFORCE THE SCHEDULING ORDER"

Plaintiff Sabre International Security ("Sabre") and Defendants Torres Advanced

Enterprise Solutions, LLC, Jerry Torres, Rebekah Dyer, Kathryn Jones, and Scott Torres, having

settled the matters between and among them, and consenting to the dismissal of all claims set

forth in the Complaint and First Amended Complaint, and all claims set forth in the

Counterclaims, with prejudice, it is hereby:

**ORDERED** that this lawsuit be, and hereby is, **DISMISSED**, with prejudice as to all

claims set forth in the Complaint and First Amended Complaint, and all claims set forth in the

Counterclaims, as to all named Plaintiffs and Defendants; and it is

**FURTHER ORDERED** that the Summary Judgment in the amount of $150,000 on Count 18 of the First Amended Complaint that was entered in favor of Sabre on August 20, 2014, is hereby **VACATED** and **DISMISSED** with prejudice; and it is

**FURTHER ORDERED** that the Defendants explicitly preserve any and all claims they may have against any and all third parties as a result of, or relating to, this lawsuit; and it is

**FURTHER ORDERED** that all other pending motions, including Defendants' Motion to Deem Requests for Admission as Admitted (ECF No. 520), Defendants' Motion to Grant as Conceded Defendants' Motion to Deem Requests for Admission as Admitted (ECF No. 524), Non-Party Withdrawing Sabre Counsel Motion to Enforce the Scheduling Order (ECF No. 527), and Defendants' Motion to Strike "Non-Party Withdrawing Sabre Counsel Motion to Enforce the Scheduling Order" (ECF No. 528), are **DENIED** as moot.

**SO ORDERED**.

Dated:  November 29, 2016                                     RUDOLPH CONTRERAS
                                                                           United States District Judge